UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ELENA BARRIOS PAREDES, *individually and on behalf of others similarly situated*,

        *Plaintiff*,

-against-

SAROOP & SONS INC. (d/b/a SAROOP & SONS),
PRANDIT SAROOP, and ANDY SAROOP,

        *Defendants.*
-----------------------------------------------------------X

18-cv-9046-JMF

CONSENT JUDGMENT

Pursuant to the parties agreement the the Court hereby renders Judgment as follows:

Judgment is entered in favor of Plaintiff ELENA BARRIOS PAREDES against Defendants SAROOP & SONS INC. (d/b/a SAROOP & SONS) and PRANDIT SAROOP, jointly and severally, in the amount of $75,000, inclusive of attorneys' fees and costs.

We stipulate to and request entry of this consent judgment.

SAROOP & SONS INC. (d/b/a SAROOP & SONS)

By: X *[signature]*

PRANDIT SAROOP

By: X *[signature]*

SO ORDERED based on the representations made on the record at the conference held earlier today.

*[signature]*

October 28, 2019

Oct Sep, 2019

CORPORATE ACKNOWLEDGMENT
OF SAROOP & SONS INC. (d/b/a SAROOP & SONS)

STATE OF NEW YORK  )
                           ) ss:

STEPHEN D. HANS
Notary Public, State of New York
No. 02HA4658402
Qualified in Queens County
Commission Expires June 30, 2023